John G. Kerkorian (Bar No. 012224)
Michael S. Myers (Bar No. 29978)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595
kerkorianj@ballardspahr.com
myersms@ballardspahr.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wells Fargo, N.A.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Proactive Energy Ltd. and Diversified Energy Corporation,<br><br>　　　　　　Defendants. | Case No.<br><br>**COMPLAINT IN INTERPLEADER** |

　　　　Pursuant to 28 U.S.C. §§ 1335, 1397, and 2361 and Federal Rule of Civil Procedure 22, Plaintiff Wells Fargo, N.A. ("Wells Fargo" or "Plaintiff"), for its Complaint in Interpleader, hereby alleges as follows:

## THE PARTIES JURISDICTION AND VENUE

　　　　1.　　　Plaintiff Wells Fargo is a national banking association with its main office in Sioux Falls, South Dakota and authorized to do, and doing, business in the County of Maricopa, State of Arizona.

　　　　2.　　　Defendant Proactive Energy Ltd. ("Proactive") is a Texas private limited company with its principal place of business in Texas.

　　　　3.　　　Defendant Diversified Energy Corporation ("Diversified") is a Nevada corporation with its principal place of business in Arizona.

　　　　4.　　　This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1335 because (i) Proactive and Diversified are adverse claimants, of diverse citizenship, to the benefits of a wire transfer being held by Wells Fargo in excess of $500; and (ii)

1 Wells Fargo will deposit the amount being held by Wells Fargo into the registry of the 2 Court which can be distributed consistent with the ultimate judgment of the Court in this 3 action.

4     5.     Venue is proper pursuant to 28 U.S.C. § 1397 because Defendant 5 Diversified is a resident of Arizona.

6     6.     Pursuant to 28 U.S.C. § 2361, this Court may issue process to Proactive 7 and Diversified along with an order restraining them from instituting an action in any 8 State or U.S. court concerning the proceeds at issue in this case. "Such process and order 9 shall be returnable at such time as the court or judge thereof directs, and shall be 10 addressed to and served by the United States marshals for the respective districts where 11 the claimants reside or may be found." 28 U.S.C. § 2361.

## GENERAL ALLEGATIONS

13     7.     On or about March 12, 2018, a wire transfer (the "Wire") in the amount of 14 $5,114,678.60 was sent by Proactive to a Wells Fargo account ending in the last four 15 digits 0395 (the "Account"), an account held by Diversified and originally opened by 16 Diversified at a Wells Fargo branch in Arizona.

17     8.     Following the Wire, on or about March 13, 2018, Wells Fargo put a hold 18 on the Account.

19     9.     Currently, the Account holds funds in the approximate amount of 20 $5,051,790.50 (the "Funds").

21     10.     Proactive has made a claim to the Funds and requested that Wells Fargo 22 return the Funds to its originating bank.

23     11.     Specifically, Proactive asserted that the intended recipient of the Wire 24 was a company by the name of Tauber Oil Company.

25     12.     Diversified has, at various times, asserted that it was the proper recipient 26 of the Wire.

27     13.     Wells Fargo takes no position as to the proper recipient of the Wire or as 28 to whom the Funds belong.

Ballard Spahr LLP
1 East Washington Street
Suite 2300
Phoenix, AZ 85004-2555

14. Wells Fargo is exposed to conflicting claims to the Funds and faces multiple or vexatious claims from Defendants and other unknown parties.

**FIRST CLAIM FOR RELIEF**
**(Interpleader)**

15. Plaintiff repeats and realleges the allegations of paragraphs 1 through 14 as though fully stated herein.

16. Wells Fargo is currently holding the Funds in the Account.

17. Wells Fargo is unable to ascertain the party legally entitled to the Funds.

18. The competing claims and demand by the Defendants are such that Wells Fargo is, or may be, exposed to the risk of multiple liability and/or multiple pieces of litigation arising out of the Wire and the Funds being held in the Account.

19. Therefore, Wells Fargo desires to interplead the Funds into the registry of this Court so that the Court can determine to whom these Funds should be disbursed.

20. Wells Fargo has no interest in the Funds and thus is a mere stakeholder in this action.

21. Without this action, Wells Fargo has no way of protecting itself against multiple and excessive claims to the Funds.

22. Therefore, the Court should require Defendants to interplead in this suit to have the Court determine the appropriate beneficiary of the Funds.

23. If Defendants are permitted to bring suit against Wells Fargo relating to the Funds, Wells Fargo may face multiple or vexatious claims, inconsistent judgments, and will be prejudiced.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests judgment be entered and that the Court enter the following relief:

A. Process be issued in the manner and form required by law to each of the Defendants, directed to the U.S. marshal's office of the Defendants' respective districts of residence, as set forth above;

3

B.     Defendants be ordered to interplead in this action to determine who has legal right to the Funds.

C.     The Court enter an Order pursuant to 28 U.S.C. § 2361 enjoining each of the Defendants from instituting or prosecuting any proceeding, except this proceeding, in any State or United States court concerning their right to the proceeds of the Funds;

D.     Upon depositing the Funds into the registry of the Court, Plaintiff Wells Fargo be fully and finally discharged from this suit and any further liability relating to payment of the Funds or the claims of either Proactive or Diversified;

E.     Plaintiff be awarded its reasonable attorneys' fees and cost incurred in connection with this action; and

F.     Awarding to Plaintiff such other, further and different relief as the Court may deem just and equitable.

RESPECTFULLY SUBMITTED this 25th day of May, 2018.

BALLARD SPAHR LLP

By: */s/ Michael S. Myers*
John G. Kerkorian
Michael S. Myers
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
kerkorianj@ballardspahr.com
myersms@ballardspahr.com
Telephone: 602.798.5400
Facsimile: 602.798.5595

*Attorneys for Plaintiff*